David Yeremian (Cal. Bar No. 226337)
david@yeremianlaw.com
DAVID YEREMIAN &
ASSOCIATES, INC.
535 N. Brand Blvd., Suite 705
Glendale, California 91203
Telephone:  (818) 230-8380
Facsimile: (818) 230-0308

Kevin J. Stoops (*pro hac vice*)
kstoops@sommerspc.com
Charles R. Ash IV (*pro hac vice*)
crash@sommerspc.com
SOMMERS SCHWARTZ, P.C.
One Towne Square, Suite 1700
Southfield, Michigan 48076
Telephone: (248) 355-0300
Facsimile: (248) 436-8453

*Counsel for Plaintiffs and Proposed Class and Collective Members*

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| **JUAN LOPEZ and NICHOLAS DIXON,** individually and on behalf of all other similarly situated individuals,<br><br>Plaintiffs,<br><br>v.<br><br>**STAMPS.COM, INC.,**<br><br>Defendant. | Case No.: 2:18-CV-01101-DFS (KSx)<br><br>**NOTICE OF SETTLEMENT AND REQUEST TO VACATE LITIGATION DEADLINES** |

# NOTICE OF SETTLEMENT

Plaintiffs Juan Lopez and Nicholas Dixon ("Plaintiffs"), on behalf of themselves and all others similarly situated, and Defendant Stamps.Com, Inc. ("Defendant") (collectively, "the parties") hereby notify the Court that they have reached an agreement to settle the entire action and all of Plaintiff's class, collective, and representative claims at mediation held on July 24, 2018. Plaintiff's counsel respectfully request that the Court vacate all litigation deadlines for the case, including the presently-scheduled Scheduling Conference relating to Plaintiff's Motion for Class Certification, in view of their Settlement.

NOW THEREFORE, the parties request that the Court vacate the August 20, 2018 Scheduling Conference and the October 22, 2018 deadline for Plaintiff to file his Motion for Class Certification so that Plaintiff can instead prepare and file a motion for preliminary approval of the parties' Settlement Agreement within 45-60 days from today.

Dated: July 30, 2018                              Respectfully Submitted,


                                                  By /s/ David Yeremian
                                                     David Yeremian
                                                     *Counsel for Plaintiffs and Proposed Class*
                                                     *and Collective Members*