DAVID YEREMIAN & ASSOCIATES, INC.
David Yeremian (SBN 226337)
david@yeremianlaw.com
535 N. Brand Blvd., Suite 705
Glendale, California 91203
Telephone: (818) 230-8380
Facsimile: (818) 230-0308

SOMMERS SCHWARTZ, P.C.
Kevin J. Stoops (*pro hac vice*)
kstoops@sommerspc.com
Charles R. Ash IV (*pro hac vice*)
crash@sommerspc.com
One Towne Square, Suite 1700
Southfield, Michigan 48076
Telephone: (248) 355-0300
Facsimile: (248) 436-8453

*Counsel for Plaintiffs and Proposed Class and Collective Members*

**UNITED STATES DISTRICT COURT**
**FOR THE CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**

| | |
|---|---|
| **JUAN LOPEZ and NICHOLAS DIXON,** individually and on behalf of all other similarly situated individuals,<br><br>Plaintiffs,<br><br>vs.<br><br>**STAMPS.COM, INC.,**<br><br>Defendant. | Case No.: 2:18-cv-01101-DSF-KS<br><br><u>Class and Collective Action</u><br><br><u>Assigned for All Purposes to</u>:<br>Hon. Dale S. Fischer<br><br>**NOTICE OF UNOPPOSED MOTION AND MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT, APPROVAL OF CLASS NOTICE, AND SETTING FINAL APPROVAL HEARING**<br><br>[*Filed concurrently with Memorandum of Points and Authorities; Declaration of Kevin Stoops;[Proposed] Order*]<br><br>Hearing: November 5, 2018<br>Time: 1:30 p.m.<br>Dept.: Courtroom 7D, 1st Street Courthouse, Los Angeles, CA<br><br>Original Complaint: February 8, 2018 |

MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT

**TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that, on **November 5, 2018**, at **1:30 p.m.** or as soon thereafter as counsel may be heard, in Courtroom 7D of this Court, located at 350 West 1st Street, Los Angeles, California, before the Honorable Dale S. Fischer, Plaintiffs Juan Lopez and Nicholas Dixon ("Plaintiffs"), on behalf of themselves and the putative Settlement Class of similarly situated employees of Defendant Stamps.com, Inc. ("Defendant"), will and hereby do move this Court for preliminary approval of the Parties' Stipulation of Settlement ("Settlement" or "Settlement Agreement"), which proposes a fair and reasonable resolution of all of Plaintiffs' class, collective, and representative claims against Defendant in this action.

Plaintiffs respectfully request entry of an order (1) preliminarily certifying a class for settlement purposes under the Federal Rules of Civil Procedure, Rule 23 (e.g., "Rule 23") and conditionally certifying an FLSA collective for settlement purposes under 29 U.S.C. §201., *et seq.* (as defined in the Parties' Stipulation of Settlement); (2) preliminarily approving the parties' Settlement; (3) preliminarily appointing Plaintiffs Lopez and Dixon as Class Representatives for the Class/Collective and Plaintiffs' counsel as Class Counsel; (4) approving the form of the Parties' proposed Notice; and (5) scheduling a hearing on the final approval of the Settlement and approval of the application of Class Counsel and Plaintiffs for their requested attorneys' fees, costs, and service awards.

Plaintiffs respectfully submit good cause exists for granting the Motion for the reasons set forth in the concurrently filed documents. Defendant's counsel has reviewed the documents being filed in support of this Motion and does not oppose it, though Defendant has reserved the right to submit a Notice of Non-Opposition, together with any additional points and authorities for the Court's consideration.

The basis for this Motion is that the proposed Settlement is fair, adequate, and reasonable and in the best interests of the Class and Collective members as a whole, and the procedures proposed by the parties are adequate to ensure the

MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT

opportunity of Class and Collective members to participate in, opt out of, or object to the Settlement.

This Motion is based upon this Notice of Motion and Motion, the Memorandum of Points and Authorities and other documents filed herewith, including the Settlement Agreement, the Declarations of Class Counsel and any of their exhibits, the [Proposed] Order granting preliminary approval as addressed above, and the other pleadings and records on file in this action, and the presentations of counsel and such oral or documentary evidence as may be presented at the hearing on this unopposed Motion.

DATED: September 25, 2018          DAVID YEREMIAN & ASSOCIATES, INC.

By: <u>  /s/ David Yeremian        </u>
     David Yeremian

SOMMERS SCHWARTZ, P.C.
Kevin J. Stoops (*pro hac vice*)
Charles R. Ash, IV (*pro hac vice*)

*Counsel for Plaintiffs and Proposed Class and Collective Members*