1

2

3

4

5

6

7

8              UNITED STATES DISTRICT COURT

9              CENTRAL DISTRICT OF CALIFORNIA

10

11   JUAN LOPEZ and NICHOLAS              CASE NO. 2:18-cv-01101 DSF (KSx)

12   DIXON, individually and on behalf of

13   all other similarly situated individuals,

14              Plaintiffs,              **ORDER:**

15        v.                            **(1) CONDITIONALLY
                                        CERTIFYING SETTLEMENT
16   STAMPS.COM, INC.,                  CLASS;**

17              Defendant.              **(2) PRELIMINARILY
                                        APPROVING PROPOSED
18                                      SETTLEMENT;**

19                                      **(3) APPOINTING CLASS
                                        REPRESENTATIVE, CLASS
20                                      COUNSEL, AND SETTLEMENT
                                        ADMINISTRATOR;**

21                                      **(4) APPROVING FORM OF
                                        NOTICE OF PROPOSED CLASS
22                                      ACTION SETTLEMENT;**

23                                      **(6) SETTING HEARING FOR
                                        FINAL APPROVAL OF
24                                      SETTLEMENT**

25

26

27

28

Plaintiffs Juan Lopez and Nicolas Dixon's Motion for Preliminary Approval of Class Action Settlement was heard by this Court on November 5, 2018 at 1:30 P.M.  The Court, having considered the Preliminary Approval Motion, supporting papers, and the Parties' evidence and argument, and good cause appearing, grants preliminary approval of the Settlement.  Capitalized terms in this Preliminary Approval Order have the definitions set forth in the Stipulation of Settlement.

IT IS ORDERED:

1.     The Court grants preliminary approval of the Settlement based on the terms set forth in the Stipulation of Settlement and subject to the Court's ruling that Class Counsel's attorneys' fees will not be calculated on the amount of the gross settlement used to satisfy Defendant's share of payroll taxes related to wage payments made by way of the Settlement.

2.     The Court preliminarily finds and determines that the Settlement set forth in the Stipulation of Settlement falls within the range of reasonableness and appears to be presumptively valid, subject only to any objections that may be raised at the Final Approval Hearing. Based on its review of the Stipulation of Settlement, this Court finds that the Settlement is the result of (a) extensive, arm's-length negotiations between the Parties, (b) following an extensive investigation of the claims and law, (c) by experienced counsel on both sides, (d) who were fully familiar with the strengths and weaknesses of the claims.

3.     The Court preliminarily certifies the Settlement Class under Rule 23 of the Federal Rules of Civil Procedure and 29 U.S.C. § 216(b), as defined in the Stipulation of Settlement, pursuant to the terms and conditions of the Stipulation of Settlement and solely for the purposes of Settlement.  The Settlement Class shall be certified for no purpose other than to effectuate the terms and conditions of the Stipulation of Settlement.

4.     This Court has jurisdiction over the Parties and claims and preliminarily finds that the numerosity, commonality, typicality, and adequacy

requirements of Rule 23(a), and the predominance and superiority requirements of Rule 23(b)(3), have been met and that class certification for purposes of approving the Settlement is warranted. Additionally, this Court conditionally finds that, for purposes of settlement only, a collective action under 29 U.S.C. § 216(b) is appropriate for all claims arising under the FLSA.

5. The Court preliminarily confirms David Yeremian of David Yeremian & Associates, Inc., and Kevin J. Stoops and Charles R. Ash of Sommers Schwartz, P.C. as Class Counsel.

6. The Court preliminarily confirms Juan Lopez and Nicholas Dixon as Class Representatives.

7. The Court confirms Simpluris, Inc. as the Claims Administrator.

8. The Court approves, as to form and content, the Notice attached as Exhibit A to the Stipulation of Settlement.

9. The Court directs the mailing of the Notice to the Settlement Class in accordance with the terms and conditions of the Stipulation of Settlement. The Court finds that the deadlines and method selected for the mailing and distribution of the Notice, as set forth in the Stipulation of Settlement, meet the requirements of due process and provide the best notice practicable under the circumstances, and shall constitute due and sufficient notice to all persons entitled thereto.

10. A Final Approval Hearing will be held on February 11, 2019, at 1:30 P.M., or on another date convenient to the Court, to determine whether the proposed Settlement should be finally approved as fair, reasonable, and adequate as to Settlement Class Members. As set forth in the Notice, Settlement Class Members may support or oppose the Settlement or Class Counsel's request for Attorneys' Fees and Lawsuit Costs at the Final Approval Hearing.

1

      13.    The Court may continue the date of the Final Approval Hearing

2

without further notice to Settlement Class Members.

3

4

5

 DATED:  November 7, 2018

6

                                    Honorable Dale S. Fischer

7

                                    UNITED STATES DISTRICT JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28