| | |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| JUAN LOPEZ and NICHOLAS DIXON, individually and on behalf of all other similarly situated individuals, | | CASE NO. 2:18-cv-01101 DSF(KSx) |
| | Plaintiffs, | **ORDER RE JOINT STIPULATION RE AMENDMENT OF SETTLEMENT** |
| | v. | |
| STAMPS.COM, INC., | | |
| | Defendant. | |

Based on the Parties' Joint Stipulation Re Amendment of Settlement, the Court orders: [1]

1. To facilitate notice and a reasonable amount of time to object or opt out for the Class Members who were inadvertently omitted from the Class List provided to the Claims Administrator, and who therefore have not received notice of the Settlement in the above-entitled action, the Parties and the Claims Administrator shall do the following.

2. The Claims Administrator shall re-calculate the Class Member's Estimated Settlement Amount using the allocation formula set forth in Exhibit B to the Stipulation of Settlement. The Estimated Settlement Amount for each of the inadvertently excluded Class Members shall compensate each of these Class Members on the same basis as the originally-identified Class Members (but giving such Class Members the benefit of the award increase that resulted from the Net Settlement Amount being inadvertently divided by a smaller number of Class Members), and none of the originally-identified Class Members shall suffer any decrease in their Estimated Settlement Amount.

3. The Claims Administrator shall mail the amended Notice attached to the Parties' Stipulation as Exhibit A to the inadvertently excluded Class Members in accordance with the terms and conditions of the Stipulation of Settlement, subject to the revised deadlines set forth below. This Notice shall be mailed within 14 days of entry of this Order.

4. The Claims Administrator shall mail the supplemental Notice attached to the Parties' Stipulation as Exhibit C to the originally-identified Class Members within 14 days of entry of this Order.

5. The deadline for the inadvertently excluded Class Members to object to the Settlement shall be 45 days from the mailing of the amended Notice.

---

[1] Initial-capitalized terms not defined in this Order are defined in the Stipulation of Settlement.

Objections are otherwise subject to the terms and conditions of the Stipulation of Settlement, which are also set forth in the Notice attached to the Parties' Stipulation as Exhibit A. There shall be no extension of the deadline to object to the Settlement for the originally-identified and notified Class Members.

6. The deadline for the inadvertently excluded Class Members to opt out of the Settlement shall be 45 days from the mailing of the amended Notice. Opt outs are otherwise subject to the terms and conditions of the Stipulation of Settlement, which are also set forth in the Notice attached to the Parties' Stipulation as Exhibit A. There shall be no extension of the deadline to opt out of the Settlement for the originally-identified and notified Class Members.

7. Stamps shall deposit the additional $40,094.43 in accordance with the terms and conditions of the Stipulation of Settlement relating to deposit of the Gross Settlement Amount, except that the portion attributable to the Claims Administrator's estimated fees and costs for the supplemental mailing/notification (identified in the Parties' Stipulation) shall be deposited within five business days of the entry of this Order.

8. The Parties and the Claims Administrator shall cooperate and take such actions as are necessary to effectuate the proposal set forth in the Parties' Stipulation, which is in all respects approved. The Stipulation of Settlement shall otherwise remain in full force and effect.

9. The Final Approval Hearing and the hearing on Plaintiffs' counsel's Motion for Attorneys' Fees shall be rescheduled for April 29, 2019 at 1:30 p.m.

IT IS SO ORDERED.

DATED: January 23, 2019

_____
Honorable Dale S. Fischer
UNITED STATES DISTRICT JUDGE