UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No.  CV 18-01101-DSF (KSx)                              Date: April 29, 2019

Title    Juan Lopez, et al. v. Stamps.com, Inc.

Present: The Honorable:   DALE S. FISCHER, UNITED STATES DISTRICT JUDGE

| V.R. Vallery | Pat Cuneo |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Kevin J. Stoops | Brian M. Ragen |

**Proceedings:** **UNOPPOSED MOTION FOR FINAL APPROVAL OF CLASS/COLLECTIVE ACTION SETTLEMENT [43]; PLAINTIFFS' MOTION FOR ATTORNEYS' FEES, LITIGATION/SETTLEMENT ADMINISTRATION EXPENSES, AND CLASS REPRESENTATIVE SERVICE AWARDS, AND CORRESPONDING MOTION [35]**

   The matter is called and counsel state their appearances.  The Court and counsel confer as stated on the record.  The Court instructs counsel to submit receipts for expenses as stated in the Motion for Attorneys' Fees, Litigation/Settlement Administration Expenses, and Class Representative Service Awards, and Corresponding Motion.  The Court will issue a written order.

                                                                                      : 03
                                                               **Initials of Preparer**   vrv