1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN LOPEZ and NICHOLAS DIXON, individually and on behalf of all other similarly situated individuals,<br><br>Plaintiffs,<br><br>v.<br><br>STAMPS.COM, INC.,<br><br>Defendant. | CASE NO. 2:18-cv-01101 DSF (KSx)<br><br>**ORDER:**<br><br>**1) FINALLY APPROVING CLASS ACTION SETTLEMENT;**<br><br>**(2) ENTERING FINAL JUDGMENT** |

Plaintiffs Juan Lopez and Nicholas Dixon's Motion for Final Approval of Class Action Settlement (Final Approval Motion) was heard by this Court on April 29, 2019.  The Court, having considered the Stipulation of Settlement, Final Approval Motion, supporting papers, and the Parties' evidence and argument, and good cause appearing, grants final approval of the Settlement and enters final judgment.  Capitalized terms in this Final Approval Order shall have the definitions in the Stipulation of Settlement.

IT IS ORDERED:

1. Pursuant to this Court's Preliminary Approval Order, Notice was mailed to each Settlement Class Member.  The Notice informed Settlement Class Members of the terms of the Settlement, their right to be excluded from the Settlement and pursue their own remedies, their right to object to the Settlement, and their right to appear in person or by counsel at the Final Approval Hearing and be heard regarding approval of the Settlement.  The Court finds that Settlement Class Members were afforded adequate time for each of these procedures.

2. The Court finds and determines that this notice procedure afforded adequate protections to Settlement Class Members.  The Court further finds and determines that the Notice provided was the best notice practicable and satisfied the requirements of law and due process.

3. No Settlement Class Member filed written objections to the proposed Settlement as part of this notice process or stated an intent to appear and object at the Final Approval Hearing.

4. The Court finds and determines that the terms of the Settlement are fair, reasonable, and adequate to Settlement Class Members, that Participating Class Members will be bound by the Settlement, that the Settlement is finally approved, and that all terms and provisions of the Settlement consistent with this Order should, and are ordered to, be consummated.

5. The Court finds and determines that the Settlement Payments to be paid to Participating Class Members are fair and reasonable. The Court orders that payment of those amounts be made to Participating Class Members out of the Net Settlement Amount in accordance with the terms of the Stipulation of Settlement.

6. The Court grants final approval of the LWDA Payment in the amount of $28,191.39. The Court orders that the LWDA Payment be paid out of the Gross Settlement Amount in accordance with the Stipulation of Settlement.

7. By separate Order, the Court granted final approval of the following amounts to be paid out of the Gross Settlement Amount in accordance with the Stipulation of Settlement and the Court's Preliminary Approval Order:

   a. Attorneys' Fees and Litigation Expenses in the total amount of $155,187.90 in fees and $15,784 in costs;

   b. Class Representative Service Awards in the amount of $1,250 each to Class Representatives Juan Lopez and Nicholas Dixon; and

   c. Settlement Administration Fees in the amount of $11,607 to Simpluris, Inc.

8. As of the Effective Date of the Stipulation of Settlement, Participating Class Members shall be deemed to have, and by operation of this Final Approval Order and the final judgment entered in connection with this Final Approval Order shall have, fully and irrevocably released and forever discharged the Stamps Released Parties from all Non-FLSA Released Claims, as more fully set forth in the Stipulation of Settlement.

9. Additionally, as of the Effective Date of the Stipulation of Settlement, Participating Class Members who cash, deposit, or otherwise negotiate their Settlement Checks shall be deemed to have, and by operation of this Final Approval Order and the final judgment entered in connection with this Final Approval Order shall have, opted into this Lawsuit/Settlement for purposes of the Fair Labor Standards Act (FLSA) and shall be deemed to have fully and

irrevocably released and forever discharged the Stamps Released Parties from all FLSA Released Claims, as more fully set forth in the Stipulation of Settlement.

10. Without affecting the finality of this Final Approval Order in any way, the Court retains jurisdiction of all matters relating to the interpretation, administration, implementation, effectuation, and enforcement of this Final Approval Order and the Settlement.

11. The Parties are ordered to comply with the terms of the Stipulation of Settlement to the extent they are not inconsistent with this Final Approval Order.

IT IS SO ORDERED.

DATED: May 20, 2019

*signature*
Honorable Dale S. Fischer
UNITED STATES DISTRICT JUDGE