David Yeremian (Cal. Bar No. 226337)
david@yeremianlaw.com
DAVID YEREMIAN & ASSOCIATES, INC.
535 N. Brand Blvd., Suite 705
Glendale, California 91203
Telephone: (818) 230-8380
Facsimile: (818) 230-0308

Kevin J. Stoops (admitted *pro hac vice*)
kstoops@sommerspc.com
Charles R. Ash IV (admitted *pro hac vice*)
crash@sommerspc.com
SOMMERS SCHWARTZ, P.C.
One Towne Square, Suite 1700
Southfield, Michigan 48076
Telephone: (248) 355-0300
Facsimile: (248) 436-8453

*Counsel for Plaintiffs and Proposed Class and Collective Members*

**UNITED STATES DISTRICT COURT**
**FOR THE CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**

| | |
|---|---|
| **JUAN LOPEZ and NICHOLAS DIXON,** individually and on behalf of all other similarly situated individuals,<br><br>Plaintiffs,<br><br>v.<br><br>**STAMPS.COM, INC.,**<br><br>Defendant. | **Case No: 2:18-cv-01101-DSF-KS**<br><br>**NOTICE OF COMPLETION OF DUTIES** |

Plaintiffs Juan Lopez and Nicholas Dixon, submit this Notice of Completion of Duties concerning the tasks completed by settlement administrator Simpluris, Inc. In support hereto Plaintiffs submit the Declaration of Jarrod Salinas Regarding Disbursement and Proposed Order authorizing the distribution of the remaining $15,518.79 in attorneys' fees that was held back pending filing of this Notice of Completion of Duties.

In support of this Notice of Completion of Duties, Plaintiffs state as follows:

1

1. On May 20, 2019, the Court entered its Order granting Final Approval of the Parties' Class Action Settlement and entering final judgment. (ECF 47).

2. On May 20, 2019, the Court entered its Order granting Plaintiff's Motion for Attorneys' Fees, Litigation/Settlement Administration Expenses, and Class Representative Service Awards. (ECF 46).

3. As part of that Order, the Court required the Settlement Administrator, Simpluris, Inc., to hold back $15,518.79 of the fee award, which amount would be released to Plaintiffs' Counsel at a later date after the filing of a Notice of Completion of Duties related to the tasks undertaken and completed by the Settlement Administrator. (*Id.* at ¶ 8).

4. Subsequent to the Court's Final Approval and Attorneys' Fee Orders, the Settlement Administrator completed the following tasks as required by the Parties' Settlement Agreement (*see generally*, Declaration of Jarrod Salinas attached as ***Exhibit A***):

   a. On June 3, 2019, the Settlement Administrator issued settlement checks to the 303 Participating Class Members. The checks were mailed via USPS.

   b. The amounts disbursed totaled:

   | | |
   |---|---|
   | Fund Deposited | $687,594.43 |
   | Attorney Fees and Costs | -$170,971.90 |
   | Attorneys' Fees held back ($15,518.79) | |
   | Class Representative Enhancement Awards: | -$2,500.00 |
   | Administration Costs | -$11,607.00 |
   | California Labor and Workforce Development Agency (PAGA) | -$28,191.39 |
   | Settlement amount for Class Members | -$445,272.22 |
   | Employer Taxes | -$29,051.22 |
   | Balance | $0.00 |

|   |   |   |
|---|---|---|
|   | Unclaimed Funds | $10,369.41 |

c. The check-cashing period expired on November 30, 2019, which is 180 days from the issuance date of June 3, 2019.

d. As of the expiration date, 30 checks had not been cashed. The gross amount of uncashed checks is $10,369.41.

e. Pursuant to the Parties' Settlement Agreement, the value of the uncashed checks -- $10,369.41 – was remitted to the cy pres recipient Bet Tzedek Legal Services.

5. Thus the Settlement Administrator has completed substantially all of its duties and should be granted authorization to distribute to Plaintiffs' Counsel the remaining $15,518.79 in attorneys' fees that was held back pending filing of this Notice of Completion of Duties.

6. A Proposed Order Authorizing Distribution of Remaining Attorneys' Fees to Plaintiff's Counsel is attached hereto as ***Exhibit B***.

Respectfully Submitted,

Dated: December 20, 2019

By: */s/ Kevin J. Stoops*
Kevin J. Stoops (admitted *pro hac vice*)
kstoops@sommerspc.com
Charles R. Ash, IV (admitted *pro hac vice*)
crash@sommerspc.com
SOMMERS SCHWARTZ, P.C.
One Towne Square, Suite 1700
Southfield, Michigan 48076
Telephone: (248) 355-0300
Facsimile: (248) 436-8453

David Yeremian (Cal. Bar No. 226337)
david@yeremianlaw.com
DAVID YEREMIAN & ASSOCIATES, INC.
535 N. Brand Blvd., Suite 705
Glendale, California 91203
Telephone: (818) 230-8380
Facsimile: (818) 230-0308

*Trial Counsel for Plaintiffs and Proposed Class and Collective Members*

## **CERTIFICATE OF SERVICE**

I certify that on December 20, 2019, I electronically filed the forgoing document with the Clerk of the Court using the ECF system, which will send notification of such filing to all counsel of record.

*/s/ Kevin J. Stoops*