# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| JUAN LOPEZ and NICHOLAS DIXON, individually and on behalf of all other similarly situated individuals,<br><br>Plaintiffs,<br><br>v.<br><br>STAMPS.COM, INC.,<br><br>Defendant. | Case No: 2:18-cv-01101-DSF-KS<br><br>**ORDER AUTHORIZING DISTRIBUTION OF REMAINING ATTORNEY FEES TO PLAINTIFF'S COUNSEL** |

On December 19, 2019, Plaintiffs submitted a Notice of Completion of Duties concerning the tasks completed by settlement administrator Simpluris, Inc. In support thereto Plaintiff submitted the Declaration of Jarrod Salinas and a Proposed Order authorizing the distribution of the remaining $15,518.79 in attorneys' fees that was held back pending filing of the Notice of Completion of Duties.

The Court having read and considered the Notice of Completion of Duties and supported materials submitted with it, and good cause appearing therefore,

IT IS ORDERED:

1. The settlement administrator, Simpluris, Inc., shall immediately distribute the remaining attorneys' fee award of $15,518.79 to Plaintiff's Counsel. IT IS SO ORDERED.

Dated: January 24, 2020

_____
Dale S. Fischer
United States District Judge